# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHANDRA LYONS,**
**ADC #704518**                                                                                          **PLAINTIFF**

**v.**            **Case No. 1:14-cv-00146-KGB**

**SGT. ALLEN,** *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice; the relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

SO ADJUDGED this the 20th day of May, 2015.

_____
Kristine G. Baker
United States District Judge